CO-386
10/2018

# United States District Court
# For the District of Columbia

American Oversight       )
      )
      )
             Plaintiff     )
          vs                    )       Civil Action No.   18-cv-2470
      )
Federal Emergency Management     )
Agency                              )
               Defendant    )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for  American Oversight  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  American Oversight  which  have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

D.C. Bar No. 1006999

BAR IDENTIFICATION NO.

Austin R. Evers

Print Name

1030 15th Street B255

Address

Washington     DC        20005

City            State        Zip Code

(202) 869-5241

Phone Number