## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 18-cv-2470 |
| | ) |
| FEDERAL EMERGENCY | ) |
| MANAGEMENT AGENCY, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) and the attached certifications, I hereby move for the

admission *pro hac vice* of Katherine M. Anthony of American Oversight, 1030 15th Street NW,

B255, Washington, DC 20005 to represent Plaintiff American Oversight in this matter.


Dated: November 2, 2018                    Respectfully submitted,

                                           */s/ Austin R. Evers*
                                           Austin R. Evers
                                           D.C. Bar No. 1006999
                                           AMERICAN OVERSIGHT
                                           1030 15th Street NW, B255
                                           Washington, DC 20005
                                           (202) 897-2465
                                           austin.evers@americanoversight.org

                                           *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2018, I electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice*. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: November 2, 2018                           Respectfully submitted,

                                                  */s/ Austin R. Evers*
                                                  Austin R. Evers