**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 18-cv-2470 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) ) ) | |
| *Defendant.* | ) ) | |

**DECLARATION OF KATHERINE M. ANTHONY IN SUPPORT OF**
**MOTION TO BE ADMITTED *PRO HAC VICE***

Pursuant to the requirements of Local Rule 83.2(d)(1)–(6), I, KATHERINE M.

ANTHONY, hereby declare as follows:

1.  My full name is Katherine Marie Anthony.

2.  I am an attorney at American Oversight. My office address is 1030 15th Street NW, B-255, Washington, DC 20005. My office phone number is (202) 897-3918. My email address is katherine.anthony@americanoversight.org.

3.  I am admitted and a member in good standing of the Bar of Massachusetts (BBO No. 685150).

4.  I have not been disciplined by any bar.

5.  I have been admitted *pro hac vice* to this Court nine times within the last two years.

6.  Because I engage in the practice of law from an office located in the District of Columbia under the supervision of a member of the District of Columbia Bar, I hereby certify that my application for membership to the District of Columbia Bar is pending. I intend to

take steps to become a member of this Court's bar upon approval of my application for

membership to the District of Columbia Bar.

7.  I further certify that I have reviewed and am familiar with the Local Rules of this Court.

8.  I further certify that I will pay the required fee of $100 to the Clerk's Office upon the

filing of this motion.

9.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.


Date:   November 2, 2018

_____

Katherine M. Anthony