# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
|  | ) |
| *Plaintiff*, | ) |
|  | ) |
| v. | ) Case No. 18-cv-2470 |
|  | ) |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) |
|  | ) |
| *Defendant*. | ) |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* and accompanying certification, it is hereby

**ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Katherine M. Anthony is **GRANTED.**

**SO ORDERED.**

Date: _____          _____
                                        United States District Judge