**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 18-cv-2470 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant Federal Emergency Management Agency in the above-captioned matter.

Dated: November 13, 2018

Respectfully submitted,

*/s/ Katherine M. Anthony*
Katherine M. Anthony
MA Bar No. 685150*
(admitted *pro hac vice*)

*/s/ Austin R. Evers*
Austin R. Evers
D.C. Bar No. 1006999

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org
austin.evers@americanoversight.org

*Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-2470 (APM) |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | ) | |
| | ) | |
| *Defendant*. | ) | |

**DECLARATION OF SERVICE**

I, CLAY M. GOODE, hereby declare as follows:

1. I am employed as Paralegal at American Oversight.

2. On October 26, 2018, American Oversight initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On October 31, 2018, the Court issued signed summonses for service, and on November 1, 2018, I served the summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the Federal Emergency Management Agency. Service was effected by hand delivery on the U.S. Attorney for the District of Columbia and by Certified U.S. Mail, First-Class, return-receipt requested on the U.S. Attorney General and the Federal Emergency Management Agency.

3. On November 1, 2018, I served the U.S. Attorney for the District of Columbia by hand delivery made to paralegal Cynthia Parker at the Civil Division of the U.S. Attorney's Office on the fourth floor of 501 Third Street NW, Washington, DC.

4. According to USPS Tracking, service of process was effected on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530 on November 5,

2018. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Attorney General are attached in Exhibit A.

5.  According to USPS Tracking, service of process was effected on Defendant Federal Emergency Management Agency at 500 C Street SW, Washington, DC 20472 on November 5, 2018. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on U.S. Customs and Border Protection are attached in Exhibit A.

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2018

_____
Clay M. Goode