# EXHIBIT A

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70182290000049536761

Remove ✕

**Expected Delivery on**

**MONDAY**
**5** NOVEMBER
2018 ⓘ

See Product Information ⌄

### ✓ Delivered

November 5, 2018 at 4:33 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530  OFFICIAL USE

| Certified Mail Fee | $3.45 | 0238 |
| $ | $2.75 | 09 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $1.42

$  $7.62    11/01/2018

Jeff Sessions
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

---

Text & Email Updates ⌄

Tracking History ⌃

**November 5, 2018, 4:33 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:33 am on November 5, 2018 in WASHINGTON, DC 20530.

**November 4, 2018, 12:24 pm**
Available for Pickup

WASHINGTON, DC 20530

**November 4, 2018, 7:23 am**
Arrived at Hub
WASHINGTON, DC 20018

**November 3, 2018**
In Transit to Next Facility

**November 1, 2018, 11:16 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 1, 2018, 5:59 pm**
Departed Post Office
WASHINGTON, DC 20005

**November 1, 2018, 2:03 pm**
USPS in possession of item
WASHINGTON, DC 20005

## Product Information ∧

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940242868190848475 (/go/TrackConfirmAction?tLabels=9590940242868190848475) |

See Less ∧

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70182290000049533951

Remove ✕

Expected Delivery on

**MONDAY**
**5** NOVEMBER
2018 ⓘ

See Product Information ⌄

✓ **Delivered to Agent**

November 5, 2018 at 8:47 am
Delivered to Agent for Final Delivery
WASHINGTON, DC 20472

Get Updates ⌄



Text & Email Updates ⌄

Tracking History ⌃

**November 5, 2018, 8:47 am**
Delivered to Agent for Final Delivery
WASHINGTON, DC 20472
Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20472 on November 5, 2018 at 8:47 am.

**November 4, 2018, 10:14 am**
Available for Pickup

WASHINGTON, DC 20472

**November 4, 2018, 8:34 am**
Arrived at Hub
WASHINGTON, DC 20018

**November 3, 2018**
In Transit to Next Facility

**November 1, 2018, 11:16 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 1, 2018, 5:59 pm**
Departed Post Office
WASHINGTON, DC 20005

**November 1, 2018, 2:03 pm**
USPS in possession of item
WASHINGTON, DC 20005

## Product Information

| **Postal Product:** | **Features:** | See tracking for related item: |
|---|---|---|
| First-Class Mail® | Certified Mail™ | 9590940234787275530221 (/go/TrackConfirmAction?tLabels=9590940234787275530221) |

See Less ⋀