Case 1:18-cv-02470-CJN   Document 6   Filed 11/21/18   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT<br>1030 15th Street N.W., B255<br>Washington, D.C. 20005,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY,<br>500 C Street S.W.<br>Washington, D.C. 20472,<br><br>    Defendant. | Civil Action No. 18-CV-2470 (APM) |

## **NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Marsha W. Yee, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: November 21, 2018

              Respectfully Submitted,

                /s/ Marsha W. Yee
              MARSHA W. YEE
              Assistant United States Attorney
              Civil Division
              United States Attorney's Office
              555 4th Street, N.W.
              Washington, D.C. 20530
              Telephone: (202) 252-2539
              Email: Marsha.Yee@usdoj.gov

              *Counsel for Defendant*