UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-CV-2470 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant Federal Emergency Management Agency ("FEMA") hereby answers Plaintiff American Oversight's complaint ("Complaint"), ECF No. 1, as follows:

1. This paragraph contains Plaintiff's characterization of this action and requests for relief, to which no response is required. To the extent a response is required, Defendant denies. Defendant further specifically denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## JURISDICTION AND VENUE

2.-4. These paragraphs contain Plaintiff's conclusions of law, to which no response is required. Defendant specifically denies that Plaintiff is entitled to the relief requested in Paragraph 4 or to any relief whatsoever.

## PARTIES

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. Defendant admits that it is that it is a component of the United States Department of Homeland Security, an agency within the meaning of 5 U.S.C. § 552(f)(1), and that it is

headquartered in Washington, D.C.  The second sentence of this paragraph contains Plaintiff's conclusions of law, to which no response is required.

## STATEMENT OF FACTS

7. This paragraph contains Plaintiff's characterization of the impact that Hurricanes Maria and Irma had on Puerto Rico and the U.S. Virgin Islands and unspecified criticism of the administration's response to those storms, which is irrelevant to this Freedom of Information Act ("FOIA") case and to which no response is required.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9.-15. Defendant admits that Plaintiff submitted FOIA requests to it, but Defendant lacks knowledge or information sufficient to form a belief as to why Plaintiff submitted these requests. The remainder of these paragraphs contain Plaintiff's characterization of its FOIA requests, to which no response is required.  The FOIA requests speak for themselves and are the best evidence of their contents.  Defendant respectfully refers the Court to the FOIA requests for a full and accurate statement of their contents.

16. Admitted.

*Exhaustion of Administrative Remedies*

17.-18. These paragraphs contain Plaintiff's conclusions of law, to which no response is required.

## ALLEGED COUNT I

19. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

20. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

21. Defendant admits that it is a component of an agency within the meaning of the FOIA. The remainder of this paragraph contains Plaintiff's characterization of the FOIA, to which no response is required. The FOIA speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents.

22.-24. These paragraphs contain Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies. Defendant further specifically denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## ALLEGED COUNT II

25. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

26. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

27. Defendant admits that it is a component of an agency within the meaning of the FOIA. The remainder of this paragraph contains Plaintiff's characterization of the FOIA, to which no response is required. The FOIA speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the FOIA for a full and accurate statement of its contents.

28.-31. These paragraphs contain Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies. Defendant further specifically denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## REQUESTS FOR RELIEF

The remaining paragraphs of the Complaint consist of Plaintiff's prayer for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

*  *  *

Defendant hereby denies each and every allegation in the Complaint not expressly answered or qualified above.

## **AFFIRMATIVE DEFENSE**

Defendant reserves its right to amend, alter and supplement the affirmative defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of this litigation.

Plaintiff is not entitled to compel the production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552(b).

Dated:  December 3, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*