UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-CV-2470 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 4, 2018, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case that involves three requests.

The agency has advised that it has conducted and is conducting searches for records responsive to the requests. The agency further advised that it does not have a total page count yet, but it has located to date 1,985 pages and 3,283 items of potentially responsive records.

The agency further advised that it intends to process 500 pages per month and to provide monthly rolling releases beginning on January 15, 2019.

Plaintiff is in the process of reviewing the information provided by the agency to date concerning its search parameters and proposed production schedule. The parties have agreed to confer regarding ways to prioritize or otherwise structure the processing of records.

The agency does not intend to file a motion for an *Open America* stay.

The parties believe that it is premature at this time to decide whether summary judgment briefing is necessary.

The parties respectfully request that the Court order that they meet, confer, and file a further joint status report on or before January 29, 2019.

Dated:  December 18, 2018

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Katherine M. Anthony* | JESSIE K. LIU, D.C. Bar # 472845 |
| Katherine M. Anthony | United States Attorney |
| MA Bar No. 685150* |  |
| (admitted *pro hac vice*) | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| Austin R. Evers | Chief, Civil Division |
| D.C. Bar No. 1006999 |  |
| John E. Bies | By:  /s/ Marsha W. Yee |
| D.C. Bar No. 483730 | MARSHA W. YEE |
| AMERICAN OVERSIGHT | Assistant United States Attorney |
| 1030 15th Street NW, B255 | Civil Division |
| Washington, DC 20005 | United States Attorney's Office |
| (202) 897-3918 | 555 4th Street, N.W. |
| katherine.anthony@americanoversight.org | Washington, D.C. 20530 |
| austin.evers@americanoversight.org | Telephone:  (202) 252-2539 |
| john.bies@americanoversight.org | Email:  Marsha.Yee@usdoj.gov |
| *Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while membership is pending. | *Counsel for Defendant* |

*Counsel for Plaintiff*