UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>           Plaintiff,<br><br>   v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>           Defendant. | Civil Action No. 18-2470 (APM) |

**MOTION FOR A STAY AND EXTENSION OF TIME
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6 and by and through its undersigned counsel, Defendant the Federal Emergency Management Agency ("FEMA") respectfully moves to stay litigation in this action and to extend and hold in abeyance all deadlines until further order of the Court. Plaintiff, through counsel, has informed the undersigned that Plaintiff does not consent to the relief sought by this Motion.[1] The grounds for this Motion are as follows.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. Undersigned counsel understands that funding for FEMA has similarly lapsed. Absent appropriated funds, DOJ

---

[1] Specifically, Plaintiff's counsel informed the undersigned as follows: "[Plaintiff] does not oppose vacating litigation deadlines that occur during the lapse in appropriations, up to February 19, 2019. [Plaintiff] requests that the Court order the parties to file a Joint Status Report updating the Court and proposing a schedule for further proceedings within three business days after funding is restored to [DOJ] and [FEMA], or by February 19, 2019, whichever occurs first. [Plaintiff] further requests that the Court order [FEMA] to resume processing [Plaintiff's] requests immediately upon restoration of appropriations. The parties will meet and confer upon restoration of appropriations, to the extent [FEMA] seeks any changes to the production schedule [FEMA] previously proposed."

attorneys, including the Assistant United States Attorney assigned to this matter, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, FEMA, through undersigned counsel (who is the supervisor of the Assistant United States Attorney assigned to this matter), respectfully requests that litigation in this action be stayed during the lapse in appropriations and that the Court extend and hold in abeyance all deadlines in this action pending further order of the Court. FEMA further proposes that the parties file a joint status report 14 days after funding has been restored to DOJ and FEMA containing the parties' proposals for further proceedings in this matter.

## CONCLUSION

For the foregoing reasons, FEMA respectfully requests that this action be stayed and that deadlines be extended as set forth above. A proposed order is enclosed herewith.

Dated: January 23, 2019
Washington, DC

                Respectfully submitted,

                JESSIE K. LIU, D.C. Bar #472845
                United States Attorney

                DANIEL F. VAN HORN, D.C. Bar #924092
                Chief, Civil Division

By:      /s/
     BRIAN P. HUDAK
     Deputy Chief, Civil Division
     Assistant United States Attorney
     555 Fourth Street, NW
     Washington, DC 20530
     (202) 252-2549

*Attorneys for the United States of America*