UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No. 18-2470 (APM)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for a stay and extension of time in light of a lapse of appropriations, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that litigation in this action is stayed until appropriations are restored to the Department of Justice and the Federal Emergency Management Agency;

ORDERED that all deadlines in this action are extended and held in abeyance pending further order of the Court; and it is further

ORDERED that the parties shall meet and confer and file a joint status report containing proposals for further proceedings within 14 days of appropriations being restored to the above noted agencies

SO ORDERED:


_____                    _____
Date                                                     AMIT P. MEHTA
                                                              United States District Judge