UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-2470 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 25, 2019, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case that involves three requests.

The agency has advised that, due to a lapse in funding, it was unable to make its first set of releases on January 15, 2019. The agency further advised that it anticipates beginning its monthly rolling releases on February 15, 2019, and processing 500 pages per month.

The agency has advised that it has not completed its searches for records responsive to the requests. The agency further advised that it does not have a total page count yet, but it has located to date approximately 74,030 pages and 29 GB of potentially responsive records, as well as roughly one thousand or so potentially responsive text messages. To retrieve the text messages, the agency's Office of the Chief Information Officer is working with the agency's mobile service provider and exploring the use of third-party applications.

The parties respectfully request that the Court allow them to submit a joint status report on or before April 5, 2019.

Dated:  February 5, 2019

|  |  |
|---|---|
| | Respectfully submitted, |
| */s/ Katherine M. Anthony* | JESSIE K. LIU, D.C. Bar # 472845 |
| Katherine M. Anthony | United States Attorney |
| MA Bar No. 685150* | |
| (admitted *pro hac vice*) | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| Austin R. Evers | Chief, Civil Division |
| D.C. Bar No. 1006999 | |
| John E. Bies | By:  /s/ Marsha W. Yee |
| D.C. Bar No. 483730 | MARSHA W. YEE |
| AMERICAN OVERSIGHT | Assistant United States Attorney |
| 1030 15th Street NW, B255 | Civil Division |
| Washington, DC 20005 | United States Attorney's Office |
| (202) 897-3918 | 555 4th Street, N.W. |
| katherine.anthony@americanoversight.org | Washington, D.C. 20530 |
| austin.evers@americanoversight.org | Telephone:  (202) 252-2539 |
| john.bies@americanoversight.org | Email:  Marsha.Yee@usdoj.gov |

*Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while membership is pending.

*Counsel for Defendant*

*Counsel for Plaintiff*