UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-2470 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 6, 2019, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case that involves three requests.

The agency has advised that it has completed its search for records responsive to Plaintiff's FOIA requests and has identified, after de-duping and conducting a preliminary review for responsiveness, approximately 70,300 potentially responsive pages. The agency has further advised that its Office of the Chief Information Officer has retrieved all text messages that were potentially responsive to Plaintiff's requests and that, upon review, the agency has determined that none of those text messages were responsive to Plaintiff's requests.

The agency has advised that it made its first interim release of non-exempt, responsive records on February 15, 2019, for which it released 872 pages of records in their entirety and withheld 4 pages in part pursuant to FOIA Exemption 6.

The agency further advised that it made its second interim release of non-exempt, responsive records on March 12, 2019, for which it released 554 pages of records in their entirety and withheld 4 pages in part pursuant to FOIA Exemption 6.

The parties are conferring in an effort to prioritize or otherwise structure review of the universe of potentially responsive records.

The parties respectfully request that the Court allow them to submit a joint status report on or before June 18, 2019.

Dated:  April 5, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Katherine M. Anthony* | JESSIE K. LIU, D.C. Bar # 472845 |
| Katherine M. Anthony | United States Attorney |
| MA Bar No. 685150* | |
| (admitted *pro hac vice*) | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| Austin R. Evers | Chief, Civil Division |
| D.C. Bar No. 1006999 | |
| John E. Bies | By:  /s/ Marsha W. Yee |
| D.C. Bar No. 483730 | MARSHA W. YEE |
| AMERICAN OVERSIGHT | Assistant United States Attorney |
| 1030 15th Street NW, B255 | Civil Division |
| Washington, DC 20005 | United States Attorney's Office |
| (202) 897-3918 | 555 4th Street, N.W. |
| katherine.anthony@americanoversight.org | Washington, D.C. 20530 |
| austin.evers@americanoversight.org | Telephone:  (202) 252-2539 |
| john.bies@americanoversight.org | Email:  Marsha.Yee@usdoj.gov |

*Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while membership is pending.

*Counsel for Defendant*

*Counsel for Plaintiff*