UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-2470 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated April 8, 2019, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case.

As reported in the Joint Status Report filed on April 5, 2019, ECF No. 12, the agency advised that it had identified approximately 70,300 potentially responsive pages.

In accordance with the Court's Minute Order dated April 8, 2019, the parties continued to try to narrow or prioritize the records sought by plaintiff.

On April 26, 2019, plaintiff agreed to exclude from review and production any records responsive to the August 19, 2018, request that the complaint refers to as the "Hurricane Preparedness FOIA" (*see* ECF No. 1, Compl. ¶ 14) that had not already been produced to Plaintiff.

Based on the parties' discussions, the agency determined that it would need to conduct a new search. The new search was conducted on May 6, 2019, and yielded approximately 4,255 potentially responsive pages to the requests referenced in the complaint as the "Emergency Meals FOIA" and the "Emergency Fuel FOIA." *See id.* ¶¶ 10, 12. The parties have discussed

the scope and results of this new search, and intend to confer further as the agency continues its review of the potentially responsive records.

The agency has advised that on April 15, 2019, it made its third interim release of non-exempt, responsive records from the initial search, for which it released 2,051 pages in their entirety.

The agency further advised that on May 15, 2019, it made its fourth interim release of non-exempt, responsive records from its new search, for which it released 292 pages in their entirety and withheld 238 pages in part pursuant to FOIA Exemptions 4 and 6.

The agency has advised that it intends to continue processing at least 500 pages per month and to provide plaintiff monthly rolling releases.  At this pace, the agency anticipates that it will complete its production of non-exempt, responsive records around the end of October.

The parties respectfully request that the Court allow them to submit a joint status report on or before August 22, 2019.

Dated:  June 18, 2019

|  |  Respectfully submitted, |
|---|---|
| /s/ Katherine M. Anthony | JESSIE K. LIU, D.C. Bar # 472845 |
| Katherine M. Anthony | United States Attorney |
| MA Bar No. 685150* |  |
| (admitted *pro hac vice*) | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| Austin R. Evers | Chief, Civil Division |
| D.C. Bar No. 1006999 |  |
| John E. Bies | By:  /s/ Marsha W. Yee |
| D.C. Bar No. 483730 | MARSHA W. YEE |
| AMERICAN OVERSIGHT | Assistant United States Attorney |
| 1030 15th Street NW, B255 | Civil Division |
| Washington, DC 20005 | United States Attorney's Office |
| (202) 897-3918 | 555 4th Street, N.W. |
| katherine.anthony@americanoversight.org | Washington, D.C. 20530 |
| austin.evers@americanoversight.org | Telephone:  (202) 252-2539 |
| john.bies@americanoversight.org | Email:  Marsha.Yee@usdoj.gov |
|  |  |
|  | *Counsel for Defendant* |


\*Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while membership is pending.

*Counsel for Plaintiff*