UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EMERGENCY ) <br> MANAGEMENT AGENCY, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 18-2470 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 18, 2019, the parties respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case.

The agency has advised that it made its fifth interim release of responsive records on June 17, 2019, for which it released one Excel document and 290 pages of records in their entirety and withheld 107 pages in part and 58 pages in their entirety pursuant to FOIA Exemptions 4, 5, and 6.

The agency further advised that it made its sixth interim release of responsive records on July 15, 2019, for which it released 483 pages of records in their entirety and withheld 116 pages in part and one page in its entirety pursuant to FOIA Exemptions 3, 4, 5, and 6.

The agency advised that it made its seventh interim release of responsive records on August 15, 2019, for which it released 17 Excel documents and 346 pages of records in their entirety and withheld 229 pages in part and 31 pages in their entirety pursuant to FOIA Exemptions 3, 4, 5, and 6.

On August 12, 2019, in an email to the agency, Plaintiff agreed to exclude the following records from future productions: (1) Contract Performance Assessment Reporting System

("CPARS") Notification emails and (2) internal training documents not directly related to the subject matter of Plaintiff's requests.

In addition, on August 13, 2019, the agency agreed to Plaintiff's request to revise the search terms for part two of the "Emergency Fuels FOIA," for communications with members of Congress and their staff. The agency advised that it completed this new search on August 16, 2019, but this search did not yield any additional responsive records.

The agency has advised that it intends to continue processing at least 500 pages per month and to provide plaintiff monthly rolling releases. At this pace, the agency still anticipates that it will complete its production of non-exempt, responsive records around the end of October.

The parties respectfully request that the Court allow them to submit a joint status report on or before November 21, 2019.

Dated: August 22, 2019

|  | Respectfully submitted, |
|---|---|
| */s/ Katherine M. Anthony* | JESSIE K. LIU, D.C. Bar # 472845 |
| Katherine M. Anthony | United States Attorney |
| DC Bar No. 1630524 |  |
| (admitted *pro hac vice*) | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| Austin R. Evers | Chief, Civil Division |
| D.C. Bar No. 1006999 |  |
| John E. Bies | By: */s/ Marsha W. Yee* |
| D.C. Bar No. 483730 | MARSHA W. YEE |
| AMERICAN OVERSIGHT | Assistant United States Attorney |
| 1030 15th Street NW, B255 | Civil Division |
| Washington, DC 20005 | United States Attorney's Office |
| (202) 897-3918 | 555 4th Street, N.W. |
| katherine.anthony@americanoversight.org | Washington, D.C. 20530 |
| austin.evers@americanoversight.org | Telephone: (202) 252-2539 |
| john.bies@americanoversight.org | Email: Marsha.Yee@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |