UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-2470 (CJN) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL EMERGENCY | ) | |
| MANAGEMENT AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 22, 2019, the parties respectfully

submit this joint status report for this Freedom of Information Act case.

The agency has advised that it completed its production of non-exempt, responsive

records.

Plaintiff has advised that it is in the process of completing its review of the releases.

The parties respectfully request that the Court allow them additional time to try to resolve

any issues without the Court's involvement and propose filing another joint status report on or

before January 9, 2020, unless a stipulation of dismissal is filed on or before that date.

Dated:  November 21, 2019

Respectfully submitted,

/s/ Katherine M. Anthony
Katherine M. Anthony
DC Bar No. 1630524
(admitted *pro hac vice*)
Austin R. Evers
D.C. Bar No. 1006999
John E. Bies
D.C. Bar No. 483730
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org
austin.evers@americanoversight.org
john.bies@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*