UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,                )
                                   )
                    Plaintiff,     )        Civil Action No. 18-2470 (CJN)
                                   )
        v.                         )
                                   )
FEDERAL EMERGENCY                  )
MANAGEMENT AGENCY,                 )
                                   )
                    Defendant.     )
_____)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 11, 2019, the parties respectfully submit this joint status report for this Freedom of Information Act case.

On January 2, 2020, Plaintiff advised that it completed its review of the agency's releases and provided two follow-up questions.

On January 8, 2020, the agency provided its response to one question and advised that it would need additional time to provide its response to the other question.

The parties respectfully request that the Court allow them additional time to try to resolve any issues without the Court's involvement and propose filing another joint status report on or before February 6, 2020, unless a stipulation of dismissal is filed on or before that date.

Dated:  January 9, 2020

                                        Respectfully submitted,

*/s/ Katherine M. Anthony*                JESSIE K. LIU, D.C. Bar # 472845
Katherine M. Anthony                    United States Attorney
DC Bar No. 1630524
(admitted *pro hac vice*)                DANIEL F. VAN HORN, D.C. Bar # 924092
Austin R. Evers                         Chief, Civil Division
D.C. Bar No. 1006999
John E. Bies                            By:  */s/ Marsha W. Yee*
D.C. Bar No. 483730                     MARSHA W. YEE
AMERICAN OVERSIGHT                      Assistant United States Attorney
1030 15th Street NW, B255               Civil Division
Washington, DC 20005                    United States Attorney's Office
(202) 897-3918                          555 4th Street, N.W.
katherine.anthony@americanoversight.org Washington, D.C. 20530
austin.evers@americanoversight.org      Telephone:  (202) 252-2539
john.bies@americanoversight.org         Email:  Marsha.Yee@usdoj.gov

*Counsel for Plaintiff*                   *Counsel for Defendant*