UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EMERGENCY )<br>MANAGEMENT AGENCY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 18-2470 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendant the Federal Emergency Management Agency ("FEMA") hereby stipulate to the voluntary dismissal of this action, each party to bear its own costs and fees. Voluntary dismissal without a court order is appropriate "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). FEMA has responded to Plaintiff's Freedom of Information Act requests and timely responded to questions. Plaintiff has no open questions regarding the records and responses received from FEMA.

Dated: January 30, 2020

Respectfully submitted,

*/s/ Katherine M. Anthony*
Katherine M. Anthony
D.C. Bar No. 1630524
(admitted *pro hac vice*)
Austin R. Evers
D.C. Bar No. 1006999
John E. Bies
D.C. Bar No. 483730
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org
austin.evers@americanoversight.org
john.bies@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ Marsha W. Yee*
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*